Jason Moe
March 13, 2017

Greetings U.S. District Judge Honorable Patrick J. Schiltz,

I would like to ask for Mercy from you and the United States of America. Requesting compassionate treatment of the unfortunate. Please will someone help a poor Mother's son?

My life has been a struggle since the death of my father, who to me was like a best friend. For the past 30 years I have let myself and my family down. I've been a selfish pompous fool who has felt he had nothing to live for. Until now. For the first time since my Father passed away I feel like my life has a purpose. My girlfriend Samantha Ellen Schaaf is six weeks with child. My Daughter Bryanna Krystle August will have her child in the Month of April, upon the 20th.

I have been an empty Man without any sense of love and family for so long at 43 years old if there's a last chance this is it. I understand I have done wrong and need to take responsibility for my actions, I will do so.

I feel there was some conduct issues with my last Probation officer Kelly Mosher. I in no way excuse any of my behaviors with this. Anyone can see the complete change in my behavior shortly after her being assigned to my case.

I can only hope someone see's this and can

understand their became a trust issue between Ms. Mosher and myself. I feel if I was able to ask for help then I would have. I'm an adult who should have been held accountable for my actions right away. There have been mistakes made but in the end I have to be the one to pay the price.

Your Honor I want help! I have also sent a letter to Mr Blanding with hopes of him coming to speak with me. I have sent my application into Minnesota Adult & Teen Challenge Program. The minimum time for this program is 13 months. It's faith based and very intense. There reputation speaks for itself and I know with this structure and guidence I can make it and be there for my family. I have also requested to Mr Blanding if he questions my sincerity to extend my probation for 20 years or even life.

Will you please hear my plea. I ask this in the name of the spirit and light.

Thank you

[signature]
3-12-2017

Jason Moe 013733
Sherburne County Jail
13880 Business Center Drive N.W.
Elk River, MN 55330-1692

3478

Honorable Patrick J. Schiltz
U.S. District Judge
14E U.S. Courthouse
300 South Fourth Street
Minneapolis MN 55415

X-RAYED USPS

MINNEAPOLIS MN 553
13 MAR 2017 PM 4 L